United States District Court
Southern District of Texas
**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| RODI MARINE, LLC, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-00403 |
| | § | |
| LIGHTHOUSE MARINE, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

    Yesterday, Plaintiffs filed a motion for partial summary judgment. *See* Dkt. 25. Under our local rules, a response to the motion is due January 8, 2024. To meet such a deadline, the lawyers would probably need to work over the next couple of weeks. I do not want anyone to work the next two weeks. You should spend as much time as you can with family and friends. Accordingly, I will sua sponte modify the briefing schedule. A response to the motion for partial summary judgment will now be due on Friday, January 19, 2024. A reply in support of the motion may be filed by Friday, January 26, 2024. If either side would like to have an oral argument on the motion, just let my case manager know and we will schedule a hearing.

    A happy holidays to all!

    SIGNED this 19th day of December 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE