IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **RODI MARINE, LLC and** § | | **CIVIL ACTION NO. 3:22-cv-00403** |
| **BOAT SERVICES OF** § | | |
| **GALVESTON, INC.** § | | |
| *Plaintiffs,* § | | |
| § | | |
| **vs.** § | | |
| § | | |
| **LIGHTHOUSE MARINE, LLC and** § | | |
| **PENINSULA MARINE, INC.** § | | **MAGISTRATE JUDGE** |
| *Defendants.* § | | **HON. ANDREW M. EDISON** |

**DISCLOSURE OF EXPERTS OF DEFENDANTS, LIGHTHOUSE MARINE, LLC
AND PENINSULA MARINE, INC. PURSUANT TO FED.R. CIV. P. 26(a)(2)(B)**

Defendants, Lighthouse Marine, LLC and Peninsula Marine, Inc. ("hereinafter referred to as "Defendants"), through its undersigned counsel, hereby disclose the following expert witnesses in accordance with the applicable Federal Rules of Civil Procedure and Federal Rules of Evidence and states that the following persons may be called to provide expert testimony or present evidence at the trial of this case:

**I.
DEFENDANTS' RETAINED EXPERTS**

A. Harry L. Stark, USCG (Ret.), NAMS-CMS
   Diers and Stark, Inc.
   211S. Highway 69
   Nederland, Texas 77627
   409/727-1607
   Valuation of the M/S MS MONICA
   For all topics/opinions, see Expert Report with exhibits previously provided with C.V., rates and testimonial history.
   In addition, this expert will provide rebuttal testimony on any opinions regarding valuation or other issues related to the M/V MS MONICA offered by other experts.

B.  MP Singh
    Senior Marine Engineer
    3D Marine – a Brookes Bell Company
    12411 Donna Dr., Houston, Texas 77067
    281-444-9495
    Shipyard operations/ safety / liability issues
    For all topics/opinions, see Expert Report with exhibits previously provided with C.V., rates and testimonial history.
    In addition, this expert will provide rebuttal testimony on any opinions regarding shipyard operations/safety/ liability issues or related issues offered by other experts.

C.  Joseph Lombardi
    Ocean Marine Technical services, LLC
    2600 South Shore Blvd. #300
    League City, Texas 77573
    508/958-1299
    Valuation of the S/V NINO
    For all topics/opinions, see Expert Report with exhibits previously provided with C.V., rates and testimonial history.
    In addition, this expert will provide rebuttal testimony on any opinions regarding valuation, condition, reasonable repairability and/or related issues concerning the S/V NINO offered by other experts.

D.  Gregory R. Schuelke
    GRS Analytics, LLC
    11757 Katy Freeway
    Suite 1300
    Houston, Texas 77079
    832/600-4491
    Evaluation and analysis of Rodi Marine , LLC alleged loss of use / profits claim
    For all topics/opinions, see Expert Report with exhibits previously produced with C.V., rates and testimonial history.
    In addition, this expert will provide rebuttal testimony on any opinions regarding Rodi loss of use / profits claims offered by other experts, including the speculative nature of the claims, reasonable periods of time for consideration of such damages under the facts and circumstance of this case and related issues.

## II.
## NON-RETAINED EXPERTS

A. Wayne Mouton
   Lighthouse Marine, LLC
   1608 Rankin Avenue
   Port Bolivar, Texas 77650
   409/684-6042
   Overall knowledge of shipyard operations, shipyard layout and capabilities, security, fire response capabilities, authenticity o fshipyard surveillance footage of the arson incident, employee/contractor/borrowed servant status, customer relations, fire notification and response, post-incident investigation, vessel conditions and valuations and related issues.

B. Arthur Guidry
   Lighthouse Marine, LLC
   1608 Rankin Avenue
   Port Bolivar, Texas 77650
   409/684-6042
   Overall knowledge of shipyard operations, shipyard layout, security, fire response capabilities, customer relations, employee/contractor/ borrowed servant status, work conducted and not conducted by Lighthouse Marine, LLC and/or third party contractors on the M/V MS MONICA and S/V NINO while at the shipyard, notification of fire in question, authenticity of the shipyard surveillance footage of the arson incident, fire response, post-incident investigation, vessel conditions and valuations and related issues.

C. Wayne Mouton
   Peninsula Marine, Inc.
   707 Eagle Road
   Anahuac, Texas 409-252-3210
   Non-involvement of this entity with the incident in suit, employee/contractor/ borrowed servant status of key personnel and related issues

D. Jamie Blackburn
   Lighthouse Marine, LLC
   1608 Rankin Avenue
   Port Bolivar, Texas 77650
   409/684-6042
   General premises operations, customer relations, scheduling, customer insurance provision, pre-and post-incident contact with representatives of Plaintiffs, Intervenors, other customers, fire and law enforcement officials, wreck/debris removal issues, authenticity of the shipyard surveillance footage of the arson incident and related topics.

E. Galveston County Sheriff's Department
   601 54th Street
   Galveston, Texas 77551
   409/766-2300
   Criminal investigators Smitty Hill (or Hall), Garret Foskit and John E. Fernandez
   Supervisors C.D. Dunn and K.B Miller
   Assisting Officers R.H. Dodd, E. Reyes and J.W. Newkirk
   Fire Investigator John Venzke
   Brent Haynes
   Reports previously produced as LM00045-LM00061 through correspondence from Ms. Bridgette A. Begle of Olson & Olson LLP

   One or more of these individuals are expected to offer testimony under Federal Rule of Evidence 702, 703 and/or 705 on topics including investigation of the cause and origin of the fire at issue and perpetrators, non-involvement of the Defendants in same, lack of any history of criminal activity (including arson) in and around the Lighthouse Marine facility and any other topics covered in any pretrial deposition taken of one or more of these individuals.

F. Santa Fe Fire & Rescue
   13112 Highway 6
   Santa Fe, Texas 77510
   409/925-7331
   Deputy Chief Christopher Anderson
   Report previously produced as LM00043-LM00044

   This individual or his designee is expected to offer testimony under Federal Rule of Evidence 702, 703 and/or 705 on topics including fire response, post-incident investigation on cause and origin and perpetrators, shipyard setup and customary capabilities, lack of any history of fires (including arson) in and around the Lighthouse Marine facility and any other topics covered in any pretrial deposition taken of this individual or his designee.

G. Port Bolivar Volunteer Fire Department
   1806 Broadway Ave.
   Port Bolivar, Texas 77650
   409/684-1984
   Chief Malcolm M. Comeaux

   This individual or his designee is expected to offer testimony under Federal Rule of Evidence t702, 703 and/or 705 on topics including fire response, post-incident investigation on cause and origin and perpetrators, shipyard setup and customary capabilities, lack of any history of any fires (including arson) in and around the Lighthouse Marine facility and any other topics covered in any pretrial deposition taken of this individual or his designee.

4

H. Crystal Beach Fire & Rescue
930 Noble Carl Dr.
Crystal Beach, Texas 77650
409/684-6311

A representative of this entity is expected to offer testimony under Federal Rule 702, 703 and/or 705 on topics including fire response, post-incident investigation on cause and origin and perpetrators, shipyard setup and customary capabilities, lack of an history of fires (including arson) in and around the Lighthouse Marine facility and any other topics covered in any pretrial deposition taken from such representative.

I. Galveston Fire Department
823 26th Street
Galveston, Texas 77553
409/797-3850

A representative of this entity is expected to offer testimony under Federal Rule 702, 703 and/or 705 on topics including fire response, post-incident investigation on cause and origin and perpetrators, shipyard setup and customary capabilities, lack of any history of fires (including arson) in and around the Lighthouse Marine facility and any other topics covered in any pretrial deposition taken from such representative.

J. Galveston County ESD 2 – Station 1
930 Noble Carl Drive
Port Bolivar, Texas 77650
Report previously produced as LM00040-LM00042

A representative of this entity is expected to offer testimony under Federal Rule 702, 703 and/or 705 on topics including fire response, post-incident investigation on cause and origin and perpetrators, shipyard setup and customary capabilities, lack of any history of fires (including arson) in and around the Lighthouse Marine facility and any other topics covered in any pretrial deposition taken from such representative.

K. High Island Volunteer Fire Department
2033 7th Street
High Island, Texas 77623
409/286-5811

A representative of this entity is expected to offer testimony under Federal Rule of Evidence 702, 703 and/or 705 on topics including fire response, post-incident investigation on cause and origin and perpetrators, shipyard setup and customary capabilities, lack of any history of fires (including arson) in and around the Lighthouse Marine facility and any other topics covered in any pretrial deposition taken from such representative.

L.  Richard "Rick" Bonsey
    Address unknown
    409/978-0833

    This individual is expected to offer testimony under Federal Rule of Evidence 702, 703 and 705 on topics including work, repairs and/or outfitting conducted on and/or recommended to be conducted on the S/V NINO, advices given to Jubilee Sailing, LLC with regarding to actual and/or anticipated or recommended work, repairs and/or outfitting, responses from Jubilee Sailing, LLC representatives to same and any other topics covered in any pretrial deposition taken for such individual.

M.  Sonnis Castro-Castillo
    19th Street
    Galveston, Texas 77573
    832-348-0486 or 832-248-0487
    And crew c/o Sonnis Castro-Castillo consisting of Timothy D. Salinovich, Ricardo Aleman Soto, Gilberto Contortero and Adolfo Vargas Carbajal.

    This individual and/or members of his crew are expected to offer testimony under Federal Rule 702, 703 and/or 705 on topics including wood work, repairs and/or outfitting conducted on and/or recommended to be or not to be conducted on the hull of the S/V NINO, assessment of and opinions on the condition, suitability and seaworthiness of the hull of the S/V NINO prior to the fire incident and any other topics covered in any pretrial deposition taken of such individual(s).

N.  United States Coast Guard - Galveston
    3000 Fort Point Rd.
    Galveston, Texas 77550
    409/766-4700
    Knowledge of Lighthouse Marine, LLC facility, lack of reportable incidents or citations and lack of status of a facility subject to risk assessment plans pursuant to statutes, regulations, notices or other written guidelines related to same.

O.  Representatives of D & A Welding and Fabrication Co.
    7610 FM 2004
    Hitchcock, Texas 77563
    409/316-4290

    These representatives are expected to offer testimony under Federal Rule 702, 703 and/or 705 regarding the nature and extent of damage to the M/V MS MONICA as a result of grounding prior to the arson incident in suit, the nature and extent of repairs necessitated by the grounding, the effect of such damages to the structural integrity of this vessel and its effect on market value prior to the arson incident.

P.  Eddie Gilden or substitute
    Aransas Marine Ways Inc.
    138 Allen Boulevard
    Aransas Pass, Texas 78336
    361/758-7425

    This individual is expected to offer testimony under Federal Rule of Evidence 702, 703 and/or 705 regarding the condition and general valuation of the S/V NINO at or around the time of purchase of this boat by Jubilee Sailing, LLC in mid-2021, recommendations for or against repairs and/or modifications to be and/or actually carried out on this boat at or around Aransas Marine Ways Inc. during the second half of 2021 and early 2022.

Q.  Tim Greeson – Naval Architect
    Sealy Technical Services, PLLC
    5555 Mieth Rd.
    Sealy, Texas 77474
    281/352-4638

    This individual is expected to offer testimony under Federal Rule of Evidence 702, 703 and/or 705 regarding the condition and general valuation of the S/V NINO at or around the time of purchase of this boat by Jubilee Sailing, LLC in mid-2021, recommendations for or against repairs and/or modifications to be and /or actually carried out on this boat at or around Aransas Marine Ways Inc. during the second half of 2021 and early 2022.

R.  Lance Lage
    Motores Y Partes Destoit Diesel Del Pacifico
    Eje 3 Sur Baja California 200
    06760 CDMX
    Districto Federal – Mexico
    55-5564-7095

    This individual is expected to offer testimony under Federal Rule 702, 703 and/or 705 regarding expert consultation services provided to Jubilee Sailing, LLC in relation to powering and other aspects of the S/V NINO.

S.  Juan Morales
    Address and phone pending
    Consulted on wood work on S/V NINO while boat at Aransas Marine Ways Inc. – affiliation with Sonnis Castro-Castillo (See M. above)

T.  Marc Craven
    Craven Shipbuilding
    1001 Sue Dr. – Suite C2
    Kemah, Texas 77565
    713/924-7746

      This individual is expected to offer testimony under Federal rule 702, 703 and/or 705 regarding expert consultation and other services provided to Jubilee Sailing, LLC in relation to repair or other disposition of the hull of the S/V NINO.

U. Daniel "Danny" Salinovich
   Address and phone pending

   This individual is expected to offer testimony under Federal rule 702, 703 and/or 705 regarding expert consultation and work provided to Jubilee Sailing, LLC in relation to repair or other disposition of the hull, electrical wiring, plumbing and other features/systems onboard the S/V NINO.

V. All other individuals and/or entities identified by Defendants during the course of this litigation whose knowledge might be considered as "expert" in any relevant areas of inquiry.

W. Without vouching for the credibility of individuals identified unless otherwise indicated, all retained and/or no-retained experts designated and/or identified by Plaintiffs and/or Intervenor during the course of this litigation.

Defendants, Lighthouse Marine, LLC and Peninsula Marine, LLC reserve the right to designate additional experts in this matter and/or to de-designate any experts previously designated at any time during the course of this litigation.

      Respectfully submitted,

      **WILSON ELSER MOSKOWITZ**
      **EDELMAN & DICKER LLP**

      */s/ Ronald L. White*
      Ronald L. White
      Texas Bar No. 21328300
      Fed. Bar No. 234
      Ronald.White@wilsonelser.com
      John Bridger
      Texas Bar No. 02975860
      John.Bridger@wilsonelser.com
      909 Fannin Street, Suite 3300
      Houston, Texas 77010
      Tel: 713-353-2000
      Fax: 713-786-7780
      **ATTORNEYS FOR DEFENDANT,**
      **LIGHTHOUSE MARINE, LLC. and**
      **PENINSULA MARINE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a trued and correct copy of the foregoing pleading has been served on all counsel of record, in accordance with the Federal Rules of Civil Procedure, via electronic service on this 24th day of July, 2024.

Harry E. Morse
Martin S. Bohman
Bohman | Morse, LLC.
400 Poydras Street, Suite 2050
New Orleans, LA  70130
*Attorneys for Plaintiffs, Rodi Marine, et. al.*

Kevin P. Walters
Blake E. Bachtel
Royston, Rayzor, Vickery & Williams, LLP
1415 Louisiana, Suite 4200
Houston, TX 77002
*Attorney for Intervenor, Jubilee Sailing, LLC*

*/s/ Ronald L. White*
Ronald L. White
